PROB 12A
(06/15)

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF TEXAS

### Report on Offender Under Supervision – No Court Action Required

| | | | |
|---|---|---|---|
| Name of Offender: | Deveon Gibbs | Case Number: | 1:18CR00376-001 |

Name of Sentencing Judge:   The Honorable Orlando Garcia

Date of Original Sentence:   May 17, 2019

Original Offense:   Bank Robbery in violation of 18 U.S.C. § 2113(a)

Original Sentence:   52 months custody of the U.S. Bureau of Prisons, followed by a 3-year term of supervised release. $100 Special Assessment; Special conditions: 1) Refrain from alcohol and other intoxicants, 2) Drug treatment and testing, 3) No possession of any controlled substance with a prescription, 4) No possession of psychoactive substances, 5) No association with members of 5th Ward Circle, Crips, or any gangs, 6) GED, and 7) Submit to search

| Type of Supervision: | Supervised Release | Supervision Started: | May 23, 2022 |
|---|---|---|---|

## EARLIER COURT ACTION

On July 28, 2022, case reassigned to your Honor's docket.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1 | **Illegal Possession of a Controlled Substance** |

On or about June 28, 2022, Deveon Gibbs used cannabinoids as evidenced by a urine specimen submitted by him to his counselor at L-H Transitional Center. On July 7, 2022, such specimen tested positive for cannabinoids through laboratory analysis. On July 16, 2022, the sample was confirmed positive for marijuana metabolite by the National Lab. The possession alleged above is a violation of 21 U.S.C. § 844.

RE:   Deveon Gibbs  2
Dkt. No.  1:18CR00376-001

**U.S. Probation Officer Action:**

Deveon Gibbs commenced his term of supervised release on May 23, 2022. He was referred to drug counseling and began services. In June 2022, Mr. Gibbs advised the undersigned he had been prescribed cannabis oil by his doctor to help him sleep. He advised he had difficulty sleeping and did not want to take other prescription medication due to concern of dependency. He was advised this oil could cause a positive drug test for marijuana. He was advised if it did result in positive drug samples, he would be directed to discontinue the use. On June 28, 2022, Mr. Gibbs submitted a urine sample with his drug counselor. This sample returned positive for cannabinoids on July 7, 2022 and was confirmed positive for marijuana metabolite by the National Lab on July 16, 2022. On July 18, 2022, Mr. Gibbs advised the undersigned he would discontinue the use of the cannabis oil due to the positive results as well as concern for testing positive with his employer.

As controlling strategy, the conditions of supervision were discussed further with Mr. Gibbs. As a correctional strategy, Mr. Gibbs will continue in drug counseling and submitting random drug tests.

It respectfully recommended no Court action be taken related to the positive drug test and allow Mr. Gibbs to complete drug counseling. He was advised further noncompliance could result in Court action.

Approved:  Respectfully submitted,

By:

Barbara Schoephoerster, Supervising  Scott Cooper, Senior
United States Probation Officer  United States Probation Officer
July 19, 2022

Name of Offender: Deveon Gibbs
Case Number: 1:18CR00376-001
Page Number: 3

- [X]  Court Concurs with Recommended Action
- [ ]  Submit a Request for Modifying the Condition(s) or Term of Supervision
- [ ]  Submit a Request for Warrant or Summons
- [ ]  Other:

_____
Susan Hightower
U. S. Magistrate Judge

_____July 29, 2022_____
                Date